UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Steven Evans,

Petitioner,

vs. ORDER

Constance Reese,

Respondent. Civ. No. 01-532(DWF/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 4th day of May, 2001.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Plaintiff's Petition for a Writ of Habeas Corpus, filed on March 27, 2001.

On March 30, 2001, we ordered the Respondent to show cause why the Petitioner's Petition should not be granted by April 23, 2001. The Respondent has now requested an extension of time, until May 4, 2001, in which to file her Answer, as she needed additional time to prepare the requested materials.

NOW, THEREFORE, The Respondent is directed to show cause, **by May 4, 2001**, why relief should not be granted:

6

FILED MAY 04 2001
FRANCIS [illegible]
JUDGMENT ENTD [illegible]
DEPUTY CLERK [illegible]

1. By making a Return in writing;

2. By filing with the Court a reasoned memorandum of law and fact fully stating the Respondent's legal position, and her view on the need for this Court to conduct an evidentiary hearing on the merits of the Petition given the requirements of the applicable statutes and the pertinent United States Supreme Court authorities.

Absent compliance with this Order **by May 4, 2001**, the Court will entertain a motion to grant relief to the Petitioner forthwith.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE